# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

APPALACHIAN LAND AND
CONSERVATION SERVICES,

Plaintiff,

v.

PORTER EQUIPMENT CO.,

Defendant.

No. 4:25-CV-00472

(Chief Judge Brann)

## ORDER

### JUNE 26, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Porter Equipment Co.'s motion for summary judgment, Doc. 25, is **GRANTED** as to Plaintiff Appalachian Land and Conservation Services' fraud claim but **DENIED** as to Plaintiff's claims for breach of contract and breach of implied warranty of fitness for a particular purpose.

A telephonic status conference call will be scheduled, with counsel of record, by separate Order.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge